IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATOSHA M. LYLES and RHODA LYLES, | ) ) ) |
| Plaintiffs, | ) 2:07-cv-1190 ) ) |
| v. | ) ) |
| THE CITY OF NEW CASTLE, | ) ) |
| Defendant. | ) ) |

## ORDER OF COURT

AND NOW, this 12th day of August, 2009, the Court having been notified (copy attached) by counsel for the Plaintiffs that the underlying forfeiture action in the Court of Common Pleas of Lawrence County, Pennsylvania, has concluded,

NOW THEREFORE, the STAY issued in this action on December 10, 2007 [Doc. # 6] is hereby LIFTED and this case is returned to active status.

Defendant shall file an answer or otherwise respond to the Plaintiffs' Complaint on or before August 26, 2009.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:   David H. Acker, Esquire
      Email: dhackerpc@hotmail.com

      Philip J. Sbrolla, Esquire
      Email: psbrolla@rawle.com
      Mark R. Hamilton, Esquire
      Email: mhamilton@c-wlaw.com